UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BENJAMIN B. BROCKIE,<br><br>                Petitioner,<br><br>    v.<br><br>PAT GLEBE,<br><br>                Respondent. | CASE NO. C11-5516BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8). The Court, having considered the R&R and Petitioner having filed no objections[1], does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Petitioner's motion to proceed in forma pauperis is **DENIED**.

Dated this 20th day of September, 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

---

[1] Petitioner filed a letter in response to the R&R but did not object therein to the magistrate judge's denial of his petition to proceed in forma pauperis. Instead, he agreed to pay the fee.

ORDER