UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BENJAMIN B. BROCKIE, <br><br> Petitioner, <br><br> v. <br><br> PAT GLEBE, <br><br> Respondent. | CASE NO. C11-5516BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8). The Court, having considered the R&R and Petitioner having filed no objections[1], does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Petitioner's motion to proceed in forma pauperis is **DENIED**.

Dated this 20th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge

---

[1] Petitioner filed a letter in response to the R&R but did not object therein to the magistrate judge's denial of his petition to proceed in forma pauperis. Instead, he agreed to pay the fee.