# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BENJAMIN B. BROCKIE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>PAT GLEBE,<br><br>　　　　　　　Respondent. | NO.  C11-5516-BHS/KLS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SIXTH STATUS REPORT |

The Court, having reviewed the record and Respondent's Motion for Extension of Time to File Sixth Status Report (ECF No. 36); does hereby find and **ORDER**:

1. Respondent's Motion for Extension of Time to File Sixth Status Report (ECF No. 16) is **GRANTED**.  Respondent's Sixth Status Report is DUE December 17, 2012.

2. The Clerk of the Court is instructed to send uncertified copies of this Order to Petitioner and counsel for Respondent.

DATED this 3rd day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1