UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN B. BROCKIE,

          Petitioner,

   v.

PAT GLEBE,

          Respondent.

CASE NO. C11-5516 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 48. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's motion to withdraw his § 2254 habeas petition (Dkt. 44) is **GRANTED** and the petition is **dismissed without prejudice**; and

(3)    This case is closed.

Dated this 28th day of October, 2013.

                                 BENJAMIN H. SETTLE
                                 United States District Judge

ORDER